UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JAYNE LOU MICHAUD,           )
                             )
         Plaintiff,          )
                             )
    v.                       )           1:10-cv-00252-JAW
                             )
SOCIAL SECURITY ADMINISTRATION  )
COMMISSIONER,                )
                             )
         Defendant.          )

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended

Decision filed April 26, 2011, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Commissioner's decision

be VACATED and the case REMANDED for further proceedings.


        /s/ John A. Woodcock, Jr.
        JOHN A. WOODCOCK, JR.
        CHIEF UNITED STATES DISTRICT JUDGE

Dated this 16th day of May, 2011